UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WESLEY TRIPLETT, | ) | CASE NO. 4:20-CV-300 |
| | ) | |
| Petitioner, | ) | SENIOR JUDGE |
| | ) | CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | |
| WANZA JACKSON-MITCHELL, | ) | OPINION AND ORDER |
| WARDEN, WARREN | ) | |
| CORRECTIONAL INSTITUTION | ) | |
| | ) | |
| Respondent. | ) | |

**CHRISTOPHER A. BOYKO, SR. J.:**

This matter is before the Court on Magistrate Judge's Report and Recommendation (Doc. 11) to dismiss Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) as procedurally defaulted (Grounds 1, 3, and 5) or meritless (Grounds 1, 2, 4, 6, 7, and 8). The Report and Recommendation was mailed to Petitioner at the Warren Correctional Institution December 14, 2022. Petitioner has not filed an objection to the Report and Recommendation.

Federal Rule of Civil Procedure 72(b) provides that objections to a report and recommendation must be filed within fourteen days after service. Fed. R. Civ. P. 72(b)(2). Petitioner has failed to timely file any such objections. Therefore, the Court must assume that Petitioner is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be duplicative and an inefficient use of the Court's limited resources. *Thomas v. Arn,* 474 U.S. 140, 155 (1985); *United States v. Walters,* 638 F.2d 947, 949-50 (6th Cir. 1981).

1

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge, **DISMISSES** Petitioner's Petition, **DENIES** Petitioner's request for an evidentiary hearing, and **SUBSTITUTES** Wanza Jackson-Mitchell as the proper Respondent in this matter.

The Court finds an appeal from this decision could not be taken in good faith.  28 U.S.C. § 1915(a)(3).  Since Petitioner has not made a substantial showing of a denial of a constitutional right directly related to his conviction or custody, the Court declines to issue a certificate of appealability.  28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); Rule 11 of Rules Governing § 2254 Cases.

**IT IS SO ORDERED.**

    /s  Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**Senior United States District Judge**

**Dated: February 21, 2023**